IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO.: 7:13-cv-270-D

| | |
|---|---|
| VICTORIA L. TAYLOR, individually and as executrix of the estate of BRANDON C. TAYLOR, and as Mother and Guardian *Ad Litem* of minor children CALEB CHRISTOPHER TAYLOR and BRYSON LOUIS TAYLOR, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| MCGILL ENVIRONMENTAL SYSTEMS OF N.C., INC., | )<br>)<br>) |
| Defendant. | )<br>) |

___

## DEFENDANT MCGILL ENVIRONMENTAL SYSTEMS OF N.C., INC.'S
## NOTICE OF SERVICE OF RULE 26 EXPERT WITNESS DISCLOSURES
___

Defendant McGill Environmental Systems of N.C., Inc. ("Defendant"), hereby submits its notice of service of Fed. R. Civ. P. 26(a)(2) Disclosure of Expert Witnesses for Defendant's retained experts in accordance with this Court's Scheduling Order (Docket No. 13).

This the 21st day of November, 2014.

                              **RAGSDALE LIGGETT PLLC**

By:    /s/ Mary M. Webb
        Mary M. Webb, N.C. State Bar No. 19166
        Angela M. Allen, N.C. Bar No. 37794
        2840 Plaza Place, Suite 400
        P.O. Box 31507 (27622-1507)
        Raleigh, NC 27612
        Email: mwebb@rl-law.com
               aallen@rl-law.com
        Phone: (919) 787-5200
        Fax:  (919) 783-8991
        *Counsel for Defendant McGill*
        *Environmental Systems of N.C., Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of November, 2014 a copy of the foregoing **DEFENDANT MCGILL ENVIRONMENTAL SYSTEMS OF N.C., INC.'S NOTICE OF APPEARANCE OF JOHN B. WALKER** was served on the persons hereinafter named via the CM/ECF electronic notification to the following counsel of record:

| | |
|---|---|
| John Hughes | A. Todd Brown, Sr. |
| Mona L. Wallace | Hunton & Williams LLP |
| Wallace & Graham, P.A. | Bank of America Plaza |
| 525 N. Main Street | Suite 3500 |
| Salisbury, NC 28144 | 101 South Tryon Street |
| Email: jhughes@wallacegraham.com | Charlotte, North Carolina 28280 |
| mwallace@wallacegraham.com | Email: tbrown@hunton.com |
| *Counsel for Plaintiff* | *Counsel for The Smithfield Packing Co., Inc.* |

**RAGSDALE LIGGETT PLLC**

By:    /s/ Mary M. Webb
       Mary M. Webb, N.C. State Bar No. 19166
       Angela M. Allen, N.C. Bar No. 37794
       2840 Plaza Place, Suite 400
       P.O. Box 31507 (27622-1507)
       Raleigh, NC 27612
       Email: mwebb@rl-law.com
              aallen@rl-law.com
       Phone: (919) 787-5200
       Fax: (919) 783-8991
       *Counsel for Defendant McGill*
       *Environmental Systems of N.C., Inc.*