**DEFENDANT MCGILL ENVIRONMENTAL SYSTEMS OF N.C., INC.'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO ALLOW AMENDMENT OF DEEMED ADMISSIONS OR TO EXTEND TIME FOR SERVICE OF RESPONSES TO REQUESTS FOR ADMISSIONS**

**INDEX**

| | |
|---|---|
| **Exhibit A** | September 14, 2014 Cover Letter |
| **Exhibit B** | *Symbionics Inc. v. Ortlieb,* 432 Fed. Appx. 216, 220 (4th Cir. Va. 2011) |