IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO.: 7:13-cv-270-D

| | |
|---|---|
| VICTORIA L. TAYLOR, individually and as executrix of the estate of BRANDON C. TAYLOR, and as Mother and Guardian *Ad Litem* of minor children CALEB CHRISTOPHER TAYLOR and BRYSON LOUIS TAYLOR, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| MCGILL ENVIRONMENTAL SYSTEMS OF N.C., INC., | )<br>)<br>) |
| Defendant. | ) |

---

**PLAINTIFF'S NOTICE OF SERVICE OF RULE 26
REBUTTAL EXPERT WITNESS DISCLOSURES**

---

Plaintiff, Victoria L. Taylor, pursuant to Fed. R. Civ. P. 26 and the Court's Scheduling Order (Doc. 13), hereby gives notice that Plaintiff has served on the Defendant her rebuttal expert witness reports and designations in this matter pursuant to Fed. R. Civ. P. 26(a)(2) for Plaintiff's retained experts K.C. Das, Ph.D., P.E., and Albert Weaver.

This the 19th day of December, 2014.

                                                  s/John Hughes
Mona L. Wallace (N.C. Bar No. 09021)
John Hughes (N.C. Bar No. 22126)
WALLACE & GRAHAM, P.A.
525 N. Main St.
Salisbury, NC 28144
Tel: 704-633-5244
mwallace@wallacegraham.com
jhughes@wallacegraham.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned has served the foregoing document via electronic filing through the Court's CM/ECF system to all counsel of record including:

Mary Webb
Angela Allen
RAGSDALE LIGGETT PLLC
2840 Plaza Place, Suite 400
P.O. Box 31507 (27622-1507)
Raleigh, NC 27612
mwebb@rl-law.com
aallen@rl-law.com
Counsel for Defendant McGill Environmental Systems of N.C., Inc.


This the 19th day of December, 2014.

                         s/John Hughes
                         Mona L. Wallace (N.C. Bar No. 09021)
                         John Hughes (N.C. Bar No. 22126)
                         WALLACE & GRAHAM, P.A.
                         525 N. Main St.
                         Salisbury, NC 28144
                         Tel: 704-633-5244
                         mwallace@wallacegraham.com
                         jhughes@wallacegraham.com
                         Counsel for Plaintiffs