INDEX OF EXHIBITS TO MCGILL'S MOTION TO COMPEL

1. Plaintiff's Responses to McGill's First Set of Interrogatories.

2. Counsel for Defendant's letter to counsel for Plaintiff requesting Plaintiff supplement her response to Interrogatory 21.

3. Select pages of Victoria Taylor's deposition regarding questioning pertaining to the cell phone records.

4. Plaintiff's Response to McGill's Fourth Request for Production of Documents.

5. Plaintiff's Response to McGill's Second Set of Interrogatories.

6. OSHA reports questioning whether the deceased had dropped something into the tanker.

7. Notes from Ricky Robinson regarding a telephone call from the medical examiner questioning the whereabouts of the deceased's cell phone.

8. Notes from Victoria Taylor regarding a telephone call she received from Brandon Taylor hours before the incident.

9. Select pages from Lewis Jackson's deposition regarding screening the contents of the tanker to see if the deceased dropped his cell phone or other foreign object in the tanker.

10. Subpoenas to three cell phone carriers.

11. Counsel for Plaintiff's letter to counsel for Defendant objecting to the issuance of the subpoenas to the three cell phone carriers.

12. Counsel for Defendant's communication with counsel for Plaintiff regarding the cell phone records.